Robert R. Pohls (California Bar #131021)
Kenneth M. Perscheid (California Bar # 120962)
**POHLS & ASSOCIATES**
1550 Parkside Drive, Suite 260
Walnut Creek, California  94596
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Plaintiff **State Farm Life Insurance Company**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>EDUARDO CANUL; GEORGINA CANUL, EDUARDO F. CANUL, and GREGORIO CALSO,<br><br>          Defendants. | Case No. 1:11-CV-01787-AWI-JLT<br><br>**STIPULATION AND ORDER<br>RE ENTRY OF JUDGMENT IN<br>INTERPLEADER AND DISMISSAL** |

     WHEREAS, plaintiff State Farm Life Insurance Company ("State Farm") filed its complaint in interpleader on October 24, 2011;

     WHEREAS, defendants Georgina Canul, Eduardo F. Canul and Gregorio Calso (aka Gregorio Calso III) filed an answer to the complaint on January 6, 2012;

     WHEREAS, the Clerk of the Court entered a default herein against defendant Eduardo Canul on February 3, 2012;

     WHEREAS, a hearing on State Farm's motion for default judgment against Eduardo Canul is set for April 10, 2010;

     WHEREAS, the remaining parties wish to conclude State Farm's role as a party to this case and resolve the issues which were tendered by State Farm's complaint;

IT IS HEREBY STIPULATED, by and among plaintiff State Farm Life Insurance Company ("State Farm"), defendant Eduardo F. Canul, defendant Georgina Canul and defendant Gregorio Calso, that:

1.  State Farm properly filed its Complaint in Interpleader herein, and this is a proper cause for interpleader;

2.  By reason of the death of Juanita Francisco (the "Decedent") on or about November 23, 2010, the sum of $500,000.00 (the "Insurance Proceeds") became payable under State Farm's life insurance policy number LF-2255-8658 (the "Policy");

3.  Defendants Georgina Canul, Eduardo F. Canul, and Gregorio Calso each claim all or some portion of the Insurance Proceeds that are payable under the Policy, and no other person or entity has made a claim to the Insurance Proceeds;

4.  Entry of default and default judgment against defendant Eduardo Canul is proper and should be granted.

5.  Having deposited the sum of $516,241.72 (representing the Insurance Proceeds plus interest) with the Clerk of this Court on October 26, 2011, State Farm and its agents be released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

6.  State Farm be awarded the sum of $17,108.54 for its reasonable attorneys' fees and costs incurred in connection with this action, and the Clerk of this Court be directed pay such amount, from and out of the funds deposited herein, by check made payable to "State Farm Life Insurance Company" and delivered via first class mail to State Farm's attorneys of record;

7.  Georgina Canul, Eduardo F. Canul and Gregorio Calso each be awarded one-third of the remaining Insurance Proceeds, and the Clerk of the this Court hereby is directed to pay such amounts, from and out of the funds deposited herein, by checks made payable to "Georgina Canul", "Eduardo F.

Canul" and "Gregorio Calso III" and delivered via first class mail to their attorney of record;

8. Upon the execution of this stipulation, and upon the Court's payment of the sums described in paragraph 6 and 7, above, the Court may enter a Stipulated Judgment in Interpleader in the form attached hereto and marked as Exhibit A.

9. This stipulation may be executed in any number of counterparts, each of which may be an original, but all of which shall constitute one and the same instrument.

**POHLS & ASSOCIATES**

DATED: May 3, 2012          By:   /S/ *Robert R. Pohls*
                                  Robert R. Pohls
                                  Attorneys for Plaintiff **State Farm Life Insurance Company**

**LAW OFFICES OF PETER W. BECKMAN**

DATED: May 3, 2012          By:   /S/ *Peter W. Beckman*
                                  Peter W. Beckman
                                  Attorneys for Defendants
                                  **Georgina Canul, Eduardo F. Canul** and **Gregorio Calso**

**ORDER**

IT IS SO ORDERED.

Dated:  May 7, 2012          _____
                             CHIEF UNITED STATES DISTRICT JUDGE